ROBERT J. STEFFY, SR.
210 Archbishop Flores St., Ste. 100
Hagåtña, GU 96910-5101
PHONE: (671) 477-7829
FAX:    (671) 477-7845
cpasteff@ite.net

Trustee of the Estate of
JOHNNY M. CRUZ and
ROSALIA CRUZ

FILED
DISTRICT COURT OF GUAM

OCT 28 2010

JEANNE G. QUINATA
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

IN THE TERRITORY OF GUAM

BANKRUPTCY DIVISION

| | |
|---|---|
| In re: | ) Bk. No. 02-00060 |
| | ) Chapter 7 |
| JOHNNY M. CRUZ and | ) |
| ROSALIA CRUZ, | ) TURNOVER OF FUNDS |
| debtors. | ) |
| | ) |

ROBERT J. STEFFY, SR., the duly appointed and acting Trustee ("Trustee") for the above-entitled case files this report as follows:

On October 28, 2010, Trustee paid over to the U.S. District Court, funds intended to be payment to creditor who could not be located by Trustee or who did not cash previously mailed checks. The last known address and a copy of the turnover document is attached as Exhibit A.

DATED: Hagåtña, Guam, October 28, 2010.

_____
ROBERT J. STEFFY, SR.
Trustee for the Estate of
JOHNNY M. CRUZ and
ROSALIA CRUZ

**ORIGINAL**

ROBERT J. STEFFY, TRUSTEE
210 FC Flores St., Hagåtña, GU 96910-5101
(671) 477-7829   477-7845 (fax)   cpasteff@ite.net

October 28, 2010

U.S. District Court of Guam
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagåtña, GU 96910

Gentlemen:

JOHNNY M. & ROSALIA CRUZ
CASE NO. 02-00060

Enclosed are three checks which represents a turnover of unclaimed funds for the following:

| | |
|---|---:|
| FIA Card Services N.A. | $ 2,392.19 |
| FIA Card Services N.A. | 5,516.49 |
| FIA Card Services N.A. | 9,822.16 |
| | $17,730.84 |

Very truly yours,

Robert J. Steffy, Trustee

FIA Card Services N.A.
1000 Samoset Drive
DE 5 023-03-03
Newark, DE 19713

**EXHIBIT A**

ROBERT J. STEFFY
EST. OF JOHNNY M. & ROSALIA CRUZ
210 ARCHBISHOP FLORES ST. STE 100
HAGATNA, GU 96910-5189

0006
Date 10-28-2010   101-511/1214

Pay to the order of U.S. DISTRICT COURT OF GUAM   $ 2,392.19

TWO THOUSAND THREE HUNDRED NINETY-TWO AND 19/100-------- Dollars

Bank of Guam
VOID AFTER 90 DAYS

For UNCLAIMED FUNDS - BK 02-60

⑆121405115⑆ 0601⑈026103⑈ 0006



ROBERT J. STEFFY
EST. OF JOHNNY M. & ROSALIA CRUZ
210 ARCHBISHOP FLORES ST. STE 100
HAGATNA, GU 96910-5189

0007
Date 10-28-2010   101-511/1214

Pay to the order of U.S. DISTRICT COURT OF GUAM   $ 5,516.49

FIVE THOUSAND FIVE HUNDRED SIXTEEN AND 49/100-------- Dollars

Bank of Guam
VOID AFTER 90 DAYS

For UNCLAIMED FUNDS - BK 02-60

⑆121405115⑆ 0601⑈026103⑈ 0007



ROBERT J. STEFFY
EST. OF JOHNNY M. & ROSALIA CRUZ
210 ARCHBISHOP FLORES ST. STE 100
HAGATNA, GU 96910-5189

0008
Date 10-28-2010   101-511/1214

Pay to the order of U.S. DISTRICT COURT OF GUAM   $ 9,822.16

NINE THOUSAND EIGHT HUNDRED TWENTY-TWO AND 16/100-------- Dollars

Bank of Guam
VOID AFTER 90 DAYS

For UNCLAIMED FUNDS - BK 02-60

⑆121405115⑆ 0601⑈026103⑈ 0008